## Cooper Unemployment Compensation Case.

Argued April 17, 1963. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Martin J. O'Brien,* for appellant.

*Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

OPINION PER CURIAM, June 12, 1963:

The six Judges who heard the argument of this appeal being equally divided in opinion, the decision of the Unemployment Compensation Board of Review is affirmed.